1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8

9

10

11

12

13

14

15

16

| | |
|---|---|
| AGCS MARINE INSURANCE COMPANY,<br><br>               Plaintiff,<br><br>        v.<br><br>EXPEDITORS INTERNATIONAL OCEAN, INC. and EXPEDITORS INTERNATIONAL OF WASHINGTON, INC.<br><br>              Defendants. | IN ADMIRALTY<br><br>NO.<br><br>COMPLAINT |

17

18

19

20

      COMES NOW Plaintiff AGCS Marine Insurance Company ("AGCS"), as and for its Complaint against Defendants Expeditors International Ocean, Inc. and Expeditors International of Washington, Inc. (collectively, "Expeditors"), alleges and avers as follows:

**PARTIES**

21

22

23

24

      1.     AGCS is a cargo insurer with its principal business office in New York, New York, and is subrogated, by virtue of payments made under its policy of insurance, to the rights of its insureds ZF Transmissions Gray Court LLC and ZF North America, Inc.

25

COMPLAINT - 1

**Gaspich Law Office PLLC**
1000 Second Avenue, Suite 3330
Seattle, WA  98104
Tel.  (206) 956-4204
Fax:  (206) 956-4214

2.      Defendant Expeditors International Ocean, Inc. is a licensed Ocean Transport Intermediary (OPI) and Non-Vessel Operating Common Carrier (NVOCC), and as such, is engaged in a variety of services related to the ocean transportation of goods for hire. Expeditors International Ocean, Inc. is a Washington corporation with its principal place of business in Seattle, Washington.

3.      Defendant Expeditors International of Washington, Inc. is a licensed OPI and NVOCC, and as such, is engaged in a variety of services related to the ocean transportation of goods for hire. Expeditors International of Washington, Inc. is a Washington corporation with its principal place of business in Seattle, Washington.

## JURISDICTION

4.      This is an admiralty or maritime claim within the meaning Fed. R. Civ. P. 9(b), and this Court has jurisdiction pursuant to 28 U.S.C. § 1333.

## FACTS

5.      ZF Friedrichshafen AG contracted with Expeditors International of Washington, Inc., on March 1, 2017, for FCL and LCL shipments on its behalf and on behalf of its associated companies.   ZF Transmission Gray Court, LLC, an associated Company of ZF Friedrichshafen AG, contracted with Expeditors pursuant to the referenced agreement to ship 12 containers (nos. CAIU8662730, CAIU8850810, ICUU9604486, ICUU9607021, ICUU9611588, ICUU9683778, TCNU3432338, TCNU3434984, TCNU3435234, TCLU6265474, TCNU7138511 and TCNU3434032) containing 420 stillages of automotive transmissions from Gray Court, South Carolina to Winsford, England.

6.      On August 4, 2017, Expeditors issued its Sea Waybill No. 6310036610 for the shipment on door-to-door terms with delivery to the consignee Rudolph & Hellman Ltd.

COMPLAINT - 2

**Gaspich Law Office PLLC**
1000 Second Avenue, Suite 3330
Seattle, WA  98104
Tel.  (206)  956-4204
Fax:  (206) 956-4214

(a true and correct copy of Expeditor's Sea Waybill No. 6310036610 is attached hereto as Attachment A).

7.      The containers were transported aboard the M/V INDEPENDENT VOYAGER, Voyage 0592EB, from Wilmington, North Carolina to Liverpool, England.

8.      On or around August 22, 2017, the 12 containers were unloaded at a terminal in Liverpool.   Container ICUU9611588 was dropped during discharge from the vessel in Liverpool, prior to being loaded onto a truck, causing damage to the automotive transmissions.

9.      ZF Transmission delivered the cargo of automotive transmissions to Expeditors in good order and condition.  The cargo was damaged during the transportation in breach of defendant's obligations under the contract of carriage.  The cost of the damaged transmissions, plus storage and scrap fees, less salvage recovery, is $341,057.66.

10.      At all times relevant, ZF Transmissions was insured for loss or damage to its cargo pursuant to an insurance policy issued by AGCS.  AGCS paid the claimed damages to pursuant to its insurance policy and became subrogated to the rights of ZF Transmission to pursue this claim (a true and correct copy of the subrogation receipt is attached hereto as Attachment B).

11.      As a result of defendant Expeditor's breach of the contract of carriage, AGCS paid to ZF Transmissions the amount of $341,057.66.

12.      Expeditors is liable to AGCS for its breach of the contract of carriage with ZF Transmissions.  AGCS is entitled to recover from Expeditors all damages incurred as a result of the accident, including its $341,057.66 payment, and such other and further damages in an amount to be proven at trial.

COMPLAINT - 3

**Gaspich Law Office PLLC**
1000 Second Avenue, Suite 3330
Seattle, WA  98104
Tel.  (206) 956-4204
Fax:  (206) 956-4214

1

2

WHEREFORE, Plaintiff AGCS MARINE INSURANCE COMPANY prays that the Court enter judgment in its favor against Defendants Expeditors International Ocean, Inc. and Expeditors International of Washington, Inc. in an amount to be determined at trial, including pre and post judgment interest, taxable costs, and receivable legal fees and such other and further relief as it deems just and proper.

3

4

5

6

DATED this 1st day of August, 2018.

7

GASPICH LAW OFFICE PLLC

8

9

s/Anthony J. Gaspich

10

Anthony J. Gaspich, WSBA No. 19300
Attorneys for Plaintiff AGCS Marine Insurance Company

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

COMPLAINT - 4

# ATTACHMENT A

# Expeditors International Ocean
## Sea Waybill



SEA WAYBILL

| SHIPPER (Name and Full Address)<br>ZF TRANSMISSION GRAY COURT, LLC<br>2846 N. OLD LAURENS ROAD<br>GRAY COURT SC 29645<br>U.S.A. | SHIPPER'S I.D. BOX | BOOKING NUMBER<br>62495400 | SEA WAYBILL NUMBER<br>6310036610 |
|---|---|---|---|
| | | EXPORT REFERENCES<br>SHPR REF: 1228015599, 1228015601,<br>1228015602, 1228015615, 1228015616,<br>1228015635, 1228015639, 1228015642, | |
| RECEIVER (Name and Full Address/Non-Negotiable)<br>RUDOLPH & HELLMAN LTD<br>ROAD ONE<br>WINSFORD<br>CHESHIRE     CW7 3RA<br>UNITED KINGDOM | | FORWARDING AGENT REFERENCES FMC#2268, CHB#6926<br>EXPEDITORS - CHS<br>2265 CLEMENTS FERRY ROAD<br>CHARLESTON SC 29492 | |
| | | POINT AND COUNTRY OF ORIGIN OF GOODS<br>USA | |
| NOTIFY PARTY /INTERMEDIATE RECEIVER (Name and Full Address)<br>RUDOLPH & HELLMAN LTD<br>ROAD ONE<br>WINSFORD<br>CHESHIRE     CW7 3RA<br>UNITED KINGDOM | | ALSO NOTIFY(Name and Full Address) / DOMESTIC ROUTING/<br>EXPORT INSTRUCTIONS/ PIER TERMINAL/ONWARD ROUTING<br>FROM POINT OF DESTINATION. FOR RELEASE OF CARGO<br>PLEASE CONTACT:<br>EXPEDITORS INTERNATIONAL (UK) LTD<br>BUILDING 314, WORLD FREIGHT TERM<br>MANCHESTER INTL AIRPORT<br>MANCHESTER     M90 5EX<br>UNITED KINGDOM | |
| INITIAL CARRIAGE | PLACE OF RECEIPT<br>GRAY COURT, SC | | |
| EXPORT CARRIER (Vessel, voyage)<br>INDEPENDENT VOYAGER V0592EB | PORT OF LOADING<br>WILMINGTON, NC | | |
| PORT OF DISCHARGE<br>LIVERPOOL | PLACE OF DELIVERY<br>WINSFORD, UK | | |

**PARTICULARS FURNISHED BY SHIPPER**

| MARKS AND NUMBERS/<br>CONTAINER NUMBERS | NOS. OF PACKAGES | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT KGS | MEASUREMENT CBM |
|---|---|---|---|---|
| AES X20170802686274;  AES X20170802686281<br>AES X20170802686286;  AES X20170802686306<br>AES X20170802686313;  AES X20170802686318<br>AES X20170802686319;  AES X20170802686324<br>AES X20170802686325;  AES X20170802686332<br>AES X20170802686337;  AES X20170802686371<br>AES X20170804800261 | | | | |
| TERMS-DAP | 12 CTNR | ( 420 PCS )<br>AUTO PARTS, NOS<br>AUTOMOTIVE TRANSMISSIONS | 237353.0 KG | |
| ****FREIGHT PREPAID**** | | SHIPPER LOAD & COUNT | | |
| | | LADEN ON BOARD 08/04/17 | | |
| CAIU8662730  CY/CY | Size :40H | 35 PCS  Seal:928081 / 929426 | 19635.00 KG | |
| CAIU8850810  CY/CY | Size :40H | 35 PCS  Seal:929427 / 929428 | 19635.00 KG | |
| ICUU9604486  CY/CY | Size :40H | 35 PCS  Seal:791461 / 926755 | 19635.00 KG | |
| ICUU9607021  CY/CY | Size :40H | 35 PCS  Seal:928198 / 926403 | 20598.00 KG | |
| | | Page 1 of 2 | | |

SHIPPER'S DECLARED VALUE: $ _____
IF MERCHANT ENTERS A VALUE, CARRIER'S LIMITATION OF LIABILITY
SHALL NOT APPLY AND THE AD VALOREM RATE WILL BE CHARGED.

| FREIGHT RATES CHARGES WEIGHT AND/OR<br>MEASUREMENTS (SUBJECT TO CORRECTION) | PREPAID | COLLECT | |
|---|---|---|---|
| | | | The Goods or the container(s) or package(s) said to contain the cargo herein mentioned to be carried subject to the standard terms of carriage of the Carrier (as set out on the reverse hereof) by the vessel named herein or any substitute at the Carrier's option and/or other means of transport from the place of receipt or the port of loading to the port of discharge or the place of delivery named herein and there delivered to the Receiver named herein. The Merchant (as defined in Clause 1 on the back hereof) agrees to be bound by all conditions, stipulations, exceptions and limits in the contract of carriage, whether written, typed, stamped, or printed, as fully as if signed by the Merchant, any local custom or privilege to the contrary notwithstanding, and understands that Carrier's liability is limited accordingly.<br><br>THIS SEA WAYBILL IS NOT A DOCUMENT OF TITLE TO THE GOODS.<br><br>DATED AT PORT OF LOADING SHOWN ABOVE<br>For **EXPEDITORS INTERNATIONAL OCEAN**<br><br>BY .................................................................. DATE 08/04/17<br>as the Carrier |
| DECLARED VALUE CHARGES | | | |
| TOTAL | | | |

REV SEPT 2015       A hardcopy version of this image can always be generated upon request, which sets forth terms and conditions of service on the reverse side of this page.<br>These terms and conditions are also available at www.expeditors.com. All services provided are subject to these terms and conditions.

# Expeditors International Ocean
## Sea Waybill



SEA WAYBILL

| SHIPPER (Name and Full Address) | SHIPPER'S I.D. BOX | BOOKING NUMBER | SEA WAYBILL NUMBER |
|---|---|---|---|
| ZF TRANSMISSION GRAY COURT, LLC<br>2846 N. OLD LAURENS ROAD<br>GRAY COURT SC 29645<br>U.S.A. | | 62495400 | 6310036610 |

EXPORT REFERENCES
SHPR REF: 1228015599,1228015601,
1228015602,1228015615,1228015616,
1228015635,1228015639,1228015642,

| RECEIVER (Name and Full Address/Non-Negotiable) |
|---|
| RUDOLPH & HELLMAN LTD<br>ROAD ONE<br>WINSFORD<br>CHESHIRE      CW7 3RA<br>UNITED KINGDOM |

FORWARDING AGENT REFERENCES FMC#2268,CHB#6926
EXPEDITORS - CHS
2265 CLEMENTS FERRY ROAD
CHARLESTON SC 29492

POINT AND COUNTRY OF ORIGIN OF GOODS
USA

| NOTIFY PARTY /INTERMEDIATE RECEIVER (Name and Full Address) |
|---|
| RUDOLPH & HELLMAN LTD<br>ROAD ONE<br>WINSFORD<br>CHESHIRE      CW7 3RA<br>UNITED KINGDOM |

ALSO NOTIFY(Name and Full Address) / DOMESTIC ROUTING/
EXPORT INSTRUCTIONS/ PIER TERMINAL/ONWARD ROUTING
FROM POINT OF DESTINATION. FOR RELEASE OF CARGO
PLEASE CONTACT:

EXPEDITORS INTERNATIONAL (UK) LTD
BUILDING 314, WORLD FREIGHT TERM
MANCHESTER INTL AIRPORT
MANCHESTER      M90 5EX
UNITED KINGDOM

| INITIAL CARRIAGE | PLACE OF RECEIPT<br>GRAY COURT, SC |
|---|---|
| EXPORT CARRIER (Vessel, voyage)<br>INDEPENDENT VOYAGER V0592EB | PORT OF LOADING<br>WILMINGTON, NC |
| PORT OF DISCHARGE<br>LIVERPOOL | PLACE OF DELIVERY<br>WINSFORD, UK |

## PARTICULARS FURNISHED BY SHIPPER

| MARKS AND NUMBERS/<br>CONTAINER NUMBERS | NOS. OF PACKAGES | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT KGS | MEASUREMENT CBM |
|---|---|---|---|---|
| ICUU9611588 | CY/CY | Size :40H   35 PCS   Seal:926769 / 468901 | 19635.00 KG | |
| ICUU9683778 | CY/CY | Size :40H   35 PCS   Seal:791467 / 791466 | 19635.00 KG | |
| TCNU3432338 | CY/CY | Size :40H   35 PCS   Seal:767971 / 791452 | 20405.00 KG | |
| TCNU3434984 | CY/CY | Size :40H   35 PCS   Seal:361454 / 791472 | 19635.00 KG | |
| TCNU3435234 | CY/CY | Size :40H   35 PCS   Seal:791366 / 791367 | 19635.00 KG | |
| TCLU6265474 | CY/CY | Size :40H   35 PCS   Seal:791460 / 791454 | 19635.00 KG | |
| TCNU7138511 | CY/CY | Size :40H   35 PCS   Seal:468909 / 468908 | 19635.00 KG | |
| TCNU3434032 | CY/CY | Size :40H   35 PCS   Seal:791469 / 468903 | 19635.00 KG | |
| TOTALS: | | 12 Container(s)<br>Page 2 of 2 | | |

ELECTRONIC
SUBJECT TO

COPY
NOT NEGOTIABLE

SHIPPER'S DECLARED VALUE: $ _____
IF MERCHANT ENTERS A VALUE, CARRIER'S LIMITATION OF LIABILITY
SHALL NOT APPLY AND THE AD VALOREM RATE WILL BE CHARGED.

| FREIGHT RATES CHARGES WEIGHT AND/OR<br>MEASUREMENTS (SUBJECT TO CORRECTION) | PREPAID | COLLECT |
|---|---|---|
| | | |

The Goods or the container(s) or package(s) said to contain the cargo herein mentioned
to be carried subject to the standard terms of carriage of the Carrier (as set out on the
reverse hereof) by the vessel named herein or any substitute at the Carrier's option
and/or other means of transport from the place of receipt or the port of loading to the port
of discharge or the place of delivery named herein and there delivered to the Receiver
named herein. The Merchant (as defined in Clause 1 on the back hereof) agrees to be
bound by all conditions, stipulations, exceptions and limits in the contract of carriage,
whether written, typed, stamped, or printed, as fully as if signed by the Merchant, any
local custom or privilege to the contrary notwithstanding, and understands that Carrier's
liability is limited accordingly.

THIS SEA WAYBILL IS NOT A DOCUMENT OF TITLE TO THE GOODS.

DATED AT PORT OF LOADING SHOWN ABOVE
For **EXPEDITORS INTERNATIONAL OCEAN**

| DECLARED VALUE CHARGES | | |
|---|---|---|
| TOTAL | | |

BY ........................................................................DATE 08/04/17
as the Carrier

REV SEPT 2015

A hardcopy version of this image can always be generated upon request, which sets forth terms and conditions of service on the reverse side of this page.
These terms and conditions are also available at www.expeditors.com. All services provided are subject to these terms and conditions.

# ATTACHMENT B



ZF Transmissions Gray Court LLC  · 2846 North Old Laurens Road ·
Gray Court, SC 29645

**Car Powertrain Technology**
Automatic Transmissions

AGCS Marine Insurance Co
Kathleen Devane
28 Liberty Street, 37th Fl
New York, NY 10005

| | |
|---|---|
| Department | Management |
| From | Thomas Joos |
| Phone | 864 601 2577 (assistant) |
| E-mail | thomas.joos@zf.com |
| Date | July 27, 2018 |

**RE:** Claim Number: 20105879

Received or to be received from AGCS Marine Insurance Company the sum of $341,057.66 US dollars paid in full settlement of our claim under Policy Number OC 95241600  issued by the said Insurance Company, for damage to and loss of property described below:
        Shipped via Independent Container Line

In consideration of this payment, we hereby guarantee that we are the persons entitled to enforce the terms of the contracts of transportation set forth in the bills of lading covering the said property; and we agree that the said Insurance Company is subrogated to all of our rights of recovery on account of any and all such loss or damage from the carriers and from any other persons or corporations ( including  municipal or sovereign corporations) of vessels that may be liable therefore; and we agree to assist the said Insurance Company in effecting such recovery and we hereby authorize the said Insurance Company to file suit against any such carrier, vessel, person or corporation, in our names, and attorneys in fact, with irrevocable power to collect any and all such claims and to begin, prosecute, compromise or withdraw in our names, but at the expense of said Insurance Company, any and all legal proceedings which they may deem necessary to carry into effect the purpose of this agreement.  We further agree to execute any documents which may be necessary to enable the said Insurance Company to proceed in accordance herewith, including any and all monies collected from any such carrier, vessel, person or corporation, whether received in the first instance by the undersigned or by the said Insurance Company, shall be the property of the said Insurance Company.

The payment received for herein is or will be accepted with the understanding that said payment shall not inure to the benefit of any carrier under the provisions of any contract of carriage or otherwise; that in making the payment the said Insurance Company does not waive any rights by subrogation or otherwise against any carrier or bailee; and that the acceptance of this receipt shall not prejudice or take away any rights or remedies which the said Insurance Company would otherwise have by virtue of such payment.

It is understood and agreed that our rights of recovery are only subrogated to said Insurance Company once the funds referenced above have been received in full.

Thomas Joos
Vice President

Michael Morris
Director of HR

**DESCRIPTION OF PROPERTY ABOVE REFERRED TO:  shipment of gearboxes damaged in transit.**

ZF Transmissions Gray Court LLC
2846 North Old Laurens Road
Gray Court, SC 29645
Phone +1 864 601 2500