The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AGCS MARINE INSURANCE COMPANY,<br><br>                              Plaintiff,<br><br>   v.<br><br>EXPEDITORS INTERNATIONAL OCEAN, INC. and EXPEDITORS INTERNATIONAL OF WASHINGTON, INC.,<br><br>    Defendants/Third-Party Plaintiffs,<br><br>   v.<br><br>INDEPENDENT CONTAINER LINE, INC.,<br><br>      Third-Party Defendant. | No. 2:18-cv-01128-MJP<br><br>THIRD-PARTY COMPLAINT |

COME NOW Defendants Expeditors International Ocean, Inc. and Expeditors International of Washington, Inc. (collectively, "Expeditors"), as and for their third-party complaint against third-party defendant Independent Container Line, Ltd. ("ICL"), and by way of further answer to plaintiff's Complaint, and hereby allege and aver as follows:

**PARTIES**

1)    Expeditors International Ocean, Inc. is a non-vessel operating common carrier as defined by 46 CFR 515.2 (m)(2) which entered into a contract of carriage with ICL for

THIRD-PARTY COMPLAINT - 1
Case No. 2:18-cv-01128-MJP

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-3292
PHONE (206) 447-4400  FAX (206) 447-9700

international transit of the cargo that is the subject of plaintiff's Complaint. A copy of said contract of carriage, i.e., the bill of lading ICL issued to Expeditors, is attached hereto as Exhibit A and incorporated herein.

2) Expeditors International of Washington, Inc. is an ocean freight forwarder as defined by 46 CFR 515.2(m)(1) which arranged with ICL international transit of the cargo that is the subject of plaintiff's Complaint.

3) ICL is an ocean common carrier as defined by 46 CFR 515.2(l). As such it accepted for international transit the cargo that is the subject of plaintiff's Complaint pursuant to Expeditors's contract with it.

## JURISDICTION AND VENUE

4) The Court has jurisdiction over this third-party action as it derives from the same factual circumstances as those alleged in plaintiff's primary action. Venue in this Court is proper as evidence and witnesses are within the Court's territorial jurisdiction, and because the primary action is pending before this Court.

## ALLEGATIONS OF OPERATIVE FACT

5) Plaintiff has brought suit against Expeditors seeking to recover the value of property allegedly damaged, lost, destroyed or delayed while in ICL's care, custody and control.

6) Expeditors committed no act or omission that caused or contributed to plaintiff's alleged losses, if any.

7) Any negligence, breach of contract or other wrongdoing that caused or contributed to plaintiffs' losses, if any, was committed by, and/or is the responsibility of, ICL.

## CAUSE OF ACTION
## INDEMNITY

8) Expeditors repeats and realleges the allegations of paragraphs 1 through 7 as if fully stated herein.

THIRD-PARTY COMPLAINT - 2
Case No. 2:18-cv-01128-MJP

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-3292
PHONE (206) 447-4400  FAX (206) 447-9700

9) Any negligence, breach of contract or other wrongdoing by any entity other than Expeditors that caused or contributed to plaintiff's loss, if any, and that resulted in plaintiff's alleged losses, is the contractual and/or statutory and/or common law responsibility of ICL.

10) Expeditors is entitled to full indemnity from ICL for any and all liability Expeditors may be found to have to plaintiff, and/or any judgment entered against it in favor of plaintiff, plus Expeditors costs and attorneys' fees incurred in the defense of plaintiff's action and the prosecution of this third-party action.

WHEREFORE, Expeditors prays for relief as follows:

1) For an award of indemnity against ICL for any and all liability Expeditors may be found to have to plaintiff, and/or any judgment entered against it in favor of plaintiff, including Expeditors's costs and attorneys' fees incurred in the defense of plaintiff's action and the prosecution of this third-party action;

2) For an award of Expeditors's costs and attorneys' fees incurred in the prosecution of this third-party action; and

3) For such other and further relief as the Court may deem just and proper.

DATED this 23rd day of August, 2018.

*s/Steven W. Block*
Steven W. Block, WSBA No. 24299
FOSTER PEPPER PLLC
1111 Third Avenue, Suite 3000
Seattle, Washington  98101-3292
Telephone: (206) 447-4400
Facsimile: (206) 447-9700
Email: steve.block@foster.com
*Attorney for Defendants/Third-Party Plaintiffs*

THIRD-PARTY COMPLAINT - 3
Case No. 2:18-cv-01128-MJP

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON  98101-3292
PHONE (206) 447-4400  FAX (206) 447-9700

## **CERTIFICATE OF SERVICE**

I certify that on August 23, 2018, I electronically filed the foregoing document with the Clerk of the Court via CM/ECF which will notify all parties in this matter who are registered with the Court's CM/ECF filing system of such filing.

Executed in Seattle, Washington this 23rd day of August, 2018.

*s/ Michelle Stark*
Michelle Stark, Legal Assistant

THIRD-PARTY COMPLAINT - 4
Case No. 2:18-cv-01128-MJP

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-3292
PHONE (206) 447-4400  FAX (206) 447-9700

# Exhibit A

# INDEPENDENT CONTAINER LINE, LTD.

**Short Form Bill Of Lading**
Not Negotiable Unless Consigned 'To Order'

| SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS) | SCAC: IILU   B/L No. 62495400 |
|---|---|
| EXPEDITORS - CHS<br>2265 CLEMENTS FERRY ROAD<br>SUITE 310<br>CHARLESTON SC 29492, U.S.A. | EXPORT REFERENCES<br><br>FORWARDER# CHS8002709; FMC# 2268; CHB# 6926 |
| CONSIGNEE (COMPLETE NAME AND ADDRESS) | FORWARDING AGENT REFERENCES |
| EXPEDITORS INTERNATIONAL (UK) LTD<br>BUILDING 314, WORLD FREIGHT TERM<br>MANCHESTER INTL AIRPORT<br>MANCHESTER  M90 5EX, UNITED KINGDOM | EXPEDITORS - CHS<br>2265 CLEMENTS FERRY ROAD<br>SUITE 310<br>CHARLESTON SC 29492, U.S.A. |
| NOTIFY PARTY 1 (COMPLETE NAME AND ADDRESS) | NOTIFY PARTY 2 (COMPLETE NAME AND ADDRESS) |
| EXPEDITORS INTERNATIONAL (UK) LTD<br>PH: 44 161 493 1500<br>FX: 44 161 493 9187 | |

| SHIPMENT NO.<br>62495400 | CONTRACT NO.<br>2793 | VESSEL / VOYAGE<br>INDEPENDENT VOYAGER 0592EB | EXPRESS B/L<br>Point Container to Point Container (On-Carriage) | AD VALOREM DECLARATION |
|---|---|---|---|---|
| PLACE OF RECEIPT: PRE-CARRIER (1)<br>GRAY COURT, SC US | | PORT OF LOADING<br>WILMINGTON NC | PORT OF DISCHARGE<br>LIVERPOOL GB | PLACE OF DELIVERY: ON-CARRIER (1)<br>WINSFORD, CHS GB |

Received by INDEPENDENT CONTAINER LINE, LTD. for shipment by ocean vessel between port of loading and port of discharge, and for arrangement or procurement of pre-carriage from place of receipt and on-carriage to place of delivery, where stated above, the goods as specified above in apparent good order and condition unless otherwise stated. The goods to be delivered at the above mentioned port of discharge or place of delivery, whichever applicable, subject always to the exceptions, limitations, conditions and liberties set out on the reverse side hereof, to which the Shipper and/or Consignee agree to accepting the Bill of Lading.

IN WITNESS WHEREOF ( 0 ) original Bills of Lading have been signed, not otherwise stated above, one of which being accomplished the others shall be void.

DATED AT PORT OF LOADING SHOWN ABOVE

SAILING DATE  04-Aug-2017   BY _____   'SIGNED FOR AND ON BEHALF OF MASTER'

PARTICULARS FURNISHED BY SHIPPER   (62495400)

| MARKS AND NUMBERS | HM (2) | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT |
|---|---|---|---|
| | | **12 x 40' High Cube** | |
| CAIU 866273 0<br>40HC SEAL:928081 / 929426<br>* HIGH CUBE *<br><br>EI REF: 6310036610 | | 35 Pieces (43288 lbs) (19635.00 kg)<br>AUTO PARTS, NOS<br>AUTOMOTIVE TRANSMISSIONS<br>0.000 CBM<br>HARMONIZED CODE: 870840<br>FREIGHT COLLECT<br>AES X20170802686274; AES X20170802686281;AES X20170802686286;<br>AES X20170802686306;AES X20170802686313; AES X20170802686318;AES X20170802686319; AES X20170802686324;AES X20170802686325; AES X20170802686332;AES X20170802686337; AES X201708026 | 43,288 lbs<br>19,635.00 kg |

(1) Applicable only when used for multimodal or through transportation.
(2) Indicate whether any of the cargo is hazardous material under DOT, IMCO or other regulations and indicate correct commodity number in box(2).

NOTE: All the terms and conditions of the Carrier's regular long form bill of lading used in this service, including all clauses presently being stamped or endorsed thereon are incorporated with like force and effect as if they were written at length herein, and all such terms and conditions so incorporated by reference are agreed by Shipper to be binding and to govern the relations, rights, and obligations whatever they may be, between and among all who are or may become parties to this bill of lading as fully as if this bill of lading had been prepared on the Carrier's regular long form bill of lading, copies of which are available on request for inspection at any of the Carrier's offices or at the offices of its agent(s). This bill of lading shall have effect subject to the Hague Rules contained in the International Convention for the Unification of Certain Rules Relating to Bills of Lading, dated 25th August, 1924, as incorporated in the Carriage of Goods by Sea Act of the United States of America approved April 16, 1936 or any other legislation making those or like rules compulsorily applicable to the bill of lading.

EXPORT BILL OF LADING                                                                                                                                        Page 1 of 5

# INDEPENDENT CONTAINER LINE, LTD.

**Short Form Bill Of Lading**
Not Negotiable Unless Consigned 'To Order'

*PARTICULARS FURNISHED BY SHIPPER   (62495400)*

| MARKS AND NUMBERS | HM (2) | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT |
|---|---|---|---|
| CAIU 885081 0<br>40HC SEAL:929427 / 929428<br>* HIGH CUBE *<br><br>EI REF: 6310036610 | | <br><br><br>35 Pieces (43288 lbs) (19635.00 kg)<br>AUTO PARTS, NOS<br>AUTOMOTIVE TRANSMISSIONS<br>0.000 CBM<br>0.000 CBM<br>HARMONIZED CODE: 870840 | 43,288 lbs<br>19,635.00 kg |
| ICUU 960448 6<br>40HC SEAL:791461 / 926755<br>* HIGH CUBE *<br><br>EI REF: 6310036610 | | <br><br><br>35 Pieces (43288 lbs) (19635.00 kg)<br>AUTO PARTS, NOS<br>AUTOMOTIVE TRANSMISSIONS<br>0.000 CBM<br>0.000 CBM<br>0.000 CBM<br>HARMONIZED CODE: 870840 | 43,288 lbs<br>19,635.00 kg |
| ICUU 960702 1<br>40HC SEAL:928198 / 926403<br>* HIGH CUBE *<br><br>EI REF: 6310036610 | | <br><br><br>35 Pieces (45411 lbs) (20598.00 kg)<br>AUTO PARTS, NOS<br>AUTOMOTIVE TRANSMISSIONS<br>0.000 CBM<br>0.000 CBM<br>0.000 CBM<br>0.000 CBM<br>HARMONIZED CODE: 870840 | 45,411 lbs<br>20,598.00 kg |
| ICUU 961158 8<br>40HC SEAL:926769 / 468901<br>* HIGH CUBE *<br><br>EI REF: 6310036610 | | <br><br><br>35 Pieces (43288 lbs) (19635.00 kg)<br>AUTO PARTS, NOS<br>AUTOMOTIVE TRANSMISSIONS<br>0.000 CBM<br>0.000 CBM<br>0.000 CBM<br>0.000 CBM<br>0.000 CBM<br>HARMONIZED CODE: 870840 | 43,288 lbs<br>19,635.00 kg |

(1) Applicable only when used for multimodal or through transportation.
(2) Indicate whether any of the cargo is hazardous material under DOT, IMCO or other regulations and indicate correct commodity number in box(2).

NOTE: All the terms and conditions of the Carrier's regular long form bill of lading used in this service, including all clauses presently being stamped or endorsed thereon are incorporated with like force and effect as if they were written at length herein, and all such terms and conditions so incorporated by reference are agreed by Shipper to be binding and to govern the relations, rights, and obligations whatever they may be, between and among all who are or may become parties to this bill of lading as fully as if this bill of lading had been prepared on the Carrier's regular long form bill of lading, copies of which are available on request for inspection at any of the Carrier's offices or at the offices of its agent(s). This bill of lading shall have effect subject to the Hague Rules contained in the International Convention for the Unification of Certain Rules Relating to Bills of Lading, dated 25th August, 1924, as incorporated in the Carriage of Goods by Sea Act of the United States of America approved April 16, 1936 or any other legislation making those or like rules compulsorily applicable to the bill of lading.

EXPORT BILL OF LADING                                                                 Page 2 of 5

# INDEPENDENT CONTAINER LINE, LTD.

**Short Form Bill Of Lading**
Not Negotiable Unless Consigned 'To Order'

*PARTICULARS FURNISHED BY SHIPPER    (62495400)*

| MARKS AND NUMBERS | HM (2) | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT |
|---|---|---|---|
| ICUU 968377 8<br>40HC SEAL:791467 / 791466<br>* HIGH CUBE *<br><br>EI REF: 6310036610 | | 35 Pieces (43288 lbs) (19635.00 kg)<br>AUTO PARTS, NOS<br>AUTOMOTIVE TRANSMISSIONS<br>0.000 CBM<br>0.000 CBM<br>0.000 CBM<br>0.000 CBM<br>0.000 CBM<br>0.000 CBM<br>HARMONIZED CODE: 870840 | 43,288 lbs<br>19,635.00 kg |
| TCNU 343233 8<br>40HC SEAL:767971 / 791452<br>* HIGH CUBE *<br><br>EI REF: 6310036610 | | 35 Pieces (44985 lbs) (20405.00 kg)<br>AUTO PARTS, NOS<br>AUTOMOTIVE TRANSMISSIONS<br>0.000 CBM<br>0.000 CBM<br>0.000 CBM<br>0.000 CBM<br>0.000 CBM<br>0.000 CBM<br>0.000 CBM<br>HARMONIZED CODE: 870840 | 44,985 lbs<br>20,405.00 kg |
| TCNU 343498 4<br>40HC SEAL:361454 / 791472<br>* HIGH CUBE *<br><br>EI REF: 6310036610 | | 35 Pieces (43288 lbs) (19635.00 kg)<br>AUTO PARTS, NOS<br>AUTOMOTIVE TRANSMISSIONS<br>0.000 CBM<br>0.000 CBM<br>0.000 CBM<br>0.000 CBM<br>0.000 CBM<br>0.000 CBM<br>0.000 CBM<br>0.000 CBM<br>HARMONIZED CODE: 870840 | 43,288 lbs<br>19,635.00 kg |

(1) Applicable only when used for multimodal or through transportation.
(2) Indicate whether any of the cargo is hazardous material under DOT, IMCO or other regulations and indicate correct commodity number in box(2).

NOTE: All the terms and conditions of the Carrier's regular long form bill of lading used in this service, including all clauses presently being stamped or endorsed thereon are incorporated with like force and effect as if they were written at length herein, and all such terms and conditions so incorporated by reference are agreed by Shipper to be binding and to govern the relations, rights, and obligations whatever they may be, between and among all who are or may become parties to this bill of lading as fully as if this bill of lading had been prepared on the Carrier's regular long form bill of lading, copies of which are available on request for inspection at any of the Carrier's offices or at the offices of its agent(s). This bill of lading shall have effect subject to the Hague Rules contained in the International Convention for the Unification of Certain Rules Relating to Bills of Lading, dated 25th August, 1924, as Incorporated in the Carriage of Goods by Sea Act of the United States of America approved April 16, 1936 or any other legislation making those or like rules compulsorily applicable to the bill of lading.

EXPORT BILL OF LADING                                                                                                           Page 3 of 5

# INDEPENDENT CONTAINER LINE, LTD.

**Short Form Bill Of Lading**
Not Negotiable Unless Consigned 'To Order'

*PARTICULARS FURNISHED BY SHIPPER* (62495400)

| MARKS AND NUMBERS | HM (2) | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT |
|---|---|---|---|
| TCNU 343523 4<br>40HC SEAL:791366 / 791367<br>* HIGH CUBE *<br><br>EI REF: 6310036610 | | 35 Pieces (43288 lbs) (19635.00 kg)<br>AUTO PARTS, NOS<br>AUTOMOTIVE TRANSMISSIONS<br>0.000 CBM<br>0.000 CBM<br>0.000 CBM<br>0.000 CBM<br>0.000 CBM<br>0.000 CBM<br>0.000 CBM<br>0.000 CBM<br>0.000 CBM<br>HARMONIZED CODE: 870840 | 43,288 lbs<br>19,635.00 kg |
| TCLU 626547 4<br>40HC SEAL:791460 / 791454<br>* HIGH CUBE *<br><br>EI REF: 6310036610 | | 35 Pieces (43288 lbs) (19635.00 kg)<br>AUTO PARTS, NOS<br>AUTOMOTIVE TRANSMISSIONS<br>0.000 CBM<br>0.000 CBM<br>0.000 CBM<br>0.000 CBM<br>0.000 CBM<br>0.000 CBM<br>0.000 CBM<br>0.000 CBM<br>0.000 CBM<br>HARMONIZED CODE: 870840 | 43,288 lbs<br>19,635.00 kg |
| TCNU 713851 1<br>40HC SEAL:468909 / 468908<br>* HIGH CUBE *<br><br>EI REF: 6310036610 | | 35 Pieces (43288 lbs) (19635.00 kg)<br>AUTO PARTS, NOS<br>AUTOMOTIVE TRANSMISSIONS<br>0.000 CBM<br>0.000 CBM<br>0.000 CBM<br>0.000 CBM<br>0.000 CBM<br>0.000 CBM<br>0.000 CBM<br>0.000 CBM<br>0.000 CBM<br>0.000 CBM<br>HARMONIZED CODE: 870840 | 43,288 lbs<br>19,635.00 kg |

(1) Applicable only when used for multimodal or through transportation.
(2) Indicate whether any of the cargo is hazardous material under DOT, IMCO or other regulations and indicate correct commodity number in box(2).

NOTE: All the terms and conditions of the Carrier's regular long form bill of lading used in this service, including all clauses presently being stamped or endorsed thereon are incorporated with like force and effect as if they were written at length herein, and all such terms and conditions so incorporated by reference are agreed by Shipper to be binding and to govern the relations, rights, and obligations whatever they may be, between and among all who are or may become parties to this bill of lading as fully as if this bill of lading had been prepared on the Carrier's regular long form bill of lading, copies of which are available on request for inspection at any of the Carrier's offices or at the offices of its agent(s). This bill of lading shall have effect subject to the Hague Rules contained in the International Convention for the Unification of Certain Rules Relating to Bills of Lading, dated 25th August, 1924, as incorporated in the Carriage of Goods by Sea Act of the United States of America approved April 16, 1936 or any other legislation making those or like rules compulsorily applicable to the bill of lading.

EXPORT BILL OF LADING                                                                                                      Page 4 of 5

# INDEPENDENT CONTAINER LINE, LTD.

**Short Form Bill Of Lading**
Not Negotiable Unless Consigned 'To Order'

*PARTICULARS FURNISHED BY SHIPPER     (62495400)*

| MARKS AND NUMBERS | HM (2) | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT |
|---|---|---|---|
| TCNU 343403 2<br>40HC SEAL:791469 / 468903<br>* HIGH CUBE *<br><br>EI REF: 6310036610 | | 35 Pieces (43288 lbs) (19635.00 kg)<br>AUTO PARTS, NOS<br>AUTOMOTIVE TRANSMISSIONS<br>0.000 CBM<br>0.000 CBM<br>0.000 CBM<br>0.000 CBM<br>0.000 CBM<br>0.000 CBM<br>0.000 CBM<br>0.000 CBM<br>0.000 CBM<br>0.000 CBM<br>0.000 CBM<br>HARMONIZED CODE: 870840 | 43,288 lbs<br>19,635.00 kg |
| | | <<Express Bill of Lading>><br><<Shipped On Board Independent Voyager 0592EB>><br><<Shipper's load stow and count>><br><<Freight Collect >><br><br>**(Total Piece Count: 420)** | 523,276 lbs<br>237,353.00 kg |

(1) Applicable only when used for multimodal or through transportation.
(2) Indicate whether any of the cargo is hazardous material under DOT, IMCO or other regulations and indicate correct commodity number in box(2).

NOTE:  All the terms and conditions of the Carrier's regular long form bill of lading used in this service, including all clauses presently being stamped or endorsed thereon are Incorporated with like force and effect as if they were written at length herein, and all such terms and conditions so incorporated by reference are agreed by Shipper to be binding and to govern the relations, rights, and obligations whatever they may be, between and among all who are or may become parties to this bill of lading as fully as if this bill of lading had been prepared on the Carrier's regular long form bill of lading, copies of which are available on request for inspection at any of the Carrier's offices or at the offices of its agent(s). This bill of lading shall have effect subject to the Hague Rules contained in the International Convention for the Unification of Certain Rules Relating to Bills of Lading, dated 25th August, 1924, as incorporated in the Carriage of Goods by Sea Act of the United States of America approved April 16, 1936 or any other legislation making those or like rules compulsorily applicable to the bill of lading.

EXPORT BILL OF LADING                                                                                                              Page 5 of 5